# EXHIBIT "H"



# NORTH AMERICAN INVESTIGATIONS

Licensed & Bonded

## REPORT OF INVESTIGATION

### Case: FISHER & ZUCKER

August 23rd, 2004

## ASSIGNMENT

On August 9th, 2004 this agency was retained by Fisher and Zucker Business Lawyers of 121 South Broad Street, Suite 1200, Philadelphia, Pennsylvania on behalf of Certa ProPainters to conduct an investigation in an attempt to ascertain the activities of one Ralph E. Rossi, former Certa ProPainter franchise operator. Ralph E. Rossi will be referred to as the male subject throughout this report.

## MALE SUBJECT

*Ralph E. Rossi*

The male subject's date of birth is January 15th, 1968. He is described as 6'2" tall, approximately 200 pounds, with brown eyes, and short dark hair. The male subject has a business address of 270 Park Avenue, Harrison, New York, telephone number: (914) 835-6241. Investigation uncovered the following additional information. The male subject resides at 83 Old Well Road, Purchase, New York with a home telephone number of: (914) 681-8706. Telephone number (914) 835-6241 is registered to Arcadian Painting at 270 Park Avenue, Harrison, New York. The male subject is the registrant of the following two vehicles: a white 2003 GMC suburban bearing New York license plate BLB8205 and a blue 2003 Chrysler suburban bearing New York license plate CDZ9326. In addition, Arcadian Painting is the registrant of the following two vehicles: a white 1998 Ford van bearing New York license plate 97105JG and a white 1998 Ford van bearing New York license plate 39924JE.

**(800) 724-8080 ● (800) 724-8075 Fax**
**190 Willis Ave Mineola NY 11501 ● 60 Madison Ave Suite 1207 New York N.Y. 10010**
**www.pvteyes.com**

This report is furnished by the Agency at the request of the client named herein, and is STRICTLY CONFIDENTIAL and for client's information only. Client, in accepting this report, agrees to hold same in STRICT CONFIDENCE for his own exclusive use; never to be communicated, and is be personally responsible for any damage arising from a violation of any of the above provisions.

This report is compiled as a result of an investigation of and/or by seemingly reliable sources, however NORTH AMERICAN INVESTIGATIONS INC. assumes no responsibility for errors or omissions that may appear herein.



NORTH AMERICAN INVESTIGATIONS

*Local – National – International*

*Licensed & Bonded*

# REPORT OF INVESTIGATION

## Case: FISHER & ZUCKER

### SURVEILLANCE

*August 20th, 2004*

At 6:01am, surveillance was commenced at the male subject's residence. Upon arrival, it was noted that the male subject's blue Chrysler minivan bearing New York license plate number CDZ9326 was observed parked in the driveway of his residence. It was further noted that no other vehicles were observed parked in the driveway of the residence. At 7:02am, the male subject exited from the garage in his white 2003 GMC suburban bearing New York license plate number BLB8205 and departed the area. At 7:15am, the male subject arrived at a Dunkin Donuts located on Halstead Avenue. At 7:20am, the male subject arrived at a residence located at 281 Park Avenue, Harrison, New York and parked his vehicle on the left hand side of the house. Upon arrival at this location, it was noted that two white work vans were observed parked in the back of the residence. It was further noted that one van was observed to be a 2004 GMC painting van bearing the name "Pratt and D'Angelo" and bearing New York license plate number 3452JS[1]. It was noted that the telephone number for Pratt and D'Angelo is: (914) 381-5099. The second van was not visible in its entirety. At 7:30am, numerous workers and Pratt and D'Angelo work vans were observed at the male subject's place of business (270 Park Avenue, Harrison, New York). A number of workers and work vans proceeded to 281 Park Avenue before departing the area. A number of work vans were observed picking up and dropping off men at 270 and 281 Park Avenue. At 7:45am, an unmarked white 2000 GMC work van bearing New York license plate number BPR8155[2] exited 281 Park Avenue and departed the area. The painter in the van exited the van, entered 281 Park Avenue and then exited 281 Park Avenue carrying a manila folder. The painter then departed the area and proceeded onto Route 120. At 8:05am, the van arrived at 16 Colonial Road. The painter exited the

---

[1] Registered to: Pratt & Dangelo Painting, Inc. at 281 Park Avenue, Harrison, New York 10528
[2] Registered to: Blanca I. Santizo (DOB: 9-1-69) at 67 Woodbury Street, New Rochelle, New York 10805

**(800) 724-8080 • (800) 724-8075 Fax**
**199 Willis Ave Mineola NY 11501 • 60 Madison Ave Suite 1207 New York N.Y. 10010**
**www.pvteyes.com**

This report is furnished by the Agency at the request of the client named herein, and is STRICTLY CONFIDENTIAL and for client's information only. Client, in accepting this report, agrees to hold same in STRICT CONFIDENCE for his own exclusive use; never to be communicated, and is to be personally responsible for any damage arising from a violation of any of the above provisions.

This report is compiled as a result of an investigation of and to be seemingly reliable sources, however NORTH AMERICAN INVESTIGATIONS, INC. assumes no responsibility for errors or omissions that may appear herein.



*Local - National - International*

# NORTH AMERICAN INVESTIGATIONS

*Licensed & Bonded*

# REPORT OF INVESTIGATION

## Case: FISHER & ZUCKER

van and proceeded to paint an inside door green. At 8:20am, surveillance was discontinued at this location for the purpose of re-locating back at 281 Park Avenue. Upon arrival back at 281 Park Avenue, it was noted that the following four vehicles were observed parked in the driveway of the residence: 1- Male Subject's white GMC suburban, 2- A green 1997 Ford pick-up truck bearing New York license plate EW121X[3], 3- A black 1999 Dodge suburban bearing New York license plate Y443NP[4], and 4- A blue 1992 Toyota 4-Door bearing New York license plate CDN3302[5] At 9:28am, the male subject entered his white GMC and departed the area and the green pick-up truck followed to the Hutchinson Parkway northbound to the Armonk exit. The male subject and green pick-up truck stopped suddenly in front of a residence located on Sunset Drive. The male subject and green pick-up truck then proceeded to Route 22. At this point a moving surveillance was broken. At 10:00am, surveillance was discontinued.

### ADDITIONAL INVESTIGATION

*Pratt & D'Angelo Painting, Inc*

An investigation was performed in an attempt to ascertain pertinent information regarding the company, Pratt & D'Angelo Painting, Inc. Investigation uncovered the following. Pratt & D'Angelo Painting, Inc. is actively registered with the New York State Department of State Division of Corporations under said name. The initial Department of State filing date for the firm is January 21st 2003. The address on file for this firm is: 83 Old Well Road, Purchase, New York 10577 – the male subject's home address. The telephone number observed on the Pratt & D'Angelo van during surveillance, (914) 381-5099, is registered to Pratt & D'Angelo at 281 Park Avenue, Harrison, New York 10528.

---

[3] Registered to: Thomas C. Hammond (DOB: 3-30-71) at 12-12 154th Street, Whitestone, New York 11357
[4] Registered to: Robert John Lynch (DOB: 10-5-68) at 288 Park Avenue, Harrison, New York 10528
[5] Registered to: Adolio F. Cifuentes (DOB: 9-19-66) at PO Box 219, Larchmont, New York 10538

(800) 724-8080 • (800) 724-8075 Fax
199 Willis Ave Mineola NY 11501 • 60 Madison Ave Suite 1207 New York N.Y. 10010
www.pvteyes.com

This report is furnished by the Agency at the request of the client named herein, and is STRICTLY CONFIDENTIAL and for client s information only. Client in accepting this report agrees to hold same in STRICT CONFIDENCE for his own exclusive use; never to be recommunicated, and to be personally responsible for any damage arising from a violation of any of the above provisions.

This report is compiled as a result of an investigation of matters by seemingly reliable sources, however NORTH AMERICAN INVESTIGATIONS. INC. assumes no responsibility for errors or omissions that may appear herein.