IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CERTA PROPAINTERS, LTD. : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| RALPH E. ROSSI, individually, : | Case No. 04-CV-4950 |
| ARCADIAN PAINTING, and PRATT : | |
| & D'ANGELO PAINTING, INC. : | |
| : | |
| Defendants. : | |

## CERTIFICATION OF SERVICE

I, F. Joseph Dunn, hereby certify that on the date indicated below a true and correct copy of the foregoing Motion to Re-Open the Case and Enforce the Settlement Agreement, Brief in Support thereof and the Certification of F. Joseph Dunn, Esquire, was served via United States First Class Mail, postage prepaid upon:

>Mario DeMarco, Esquire
>8 South Main Street
>Port Chester, New York 10573

>/s/ F. Joseph Dunn
>F. Joseph Dunn (FJD 2053)

Dated: August 3, 2005