IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CERTA PROPAINTERS, LTD., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RALPH E. ROSSI, et al, | : | NO. 2:04-CV-4950-LDD |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of September, 2005, based upon a letter from F. Joseph Dunn dated September 6, 2005 stating that the matter addressed in the Motion to Re-Open the Case and Enforce the Settlement Agreement was resolved, it is hereby ORDERED that the Motion is DENIED as moot.

BY THE COURT:

/s/
Legrome D. Davis, J.